ESTEE LAUDER INC., Respondent, v ONEBEACON INSURANCE GROUP, LLC, et al., Appellants.

Submitted June 13, 2016; decided June 23, 2016

Motion by Century Indemnity Company for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. One copy of the brief must be served and an original and two copies filed within seven days.

In the Matter of FAHARI ACADEMY CHARTER SCHOOL, Appellant, v BOARD OF EDUCATION OF CITY SCHOOL DISTRICT OF CITY OF NEW YORK, Doing Business as NEW YORK CITY DEPARTMENT OF EDUCATION, et al., Respondents.

Submitted May 9, 2016; decided June 23, 2016

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

In the Matter of HENRY PHIPPS PLAZA SOUTH ASSOCIATES, Appellant, v JUDITH QUIJANO et al., Respondents.

Decided June 23, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.